# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Augusta Division

Jeffrey M. Blochowicz
Kimberly M. Blochowicz

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The United States

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **CV125-037**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey M. Blochowicz, Kimberly M. Blochowicz |
| Street Address | 2508 Laurel Drive |
| City and County | Evans, Columbia County |
| State and Zip Code | Georgia, 30809 |
| Telephone Number | (706) 210-5300 (Hm), (706) 631-7444 |
| E-mail Address | blochowicz@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE UNITED STATES; Jill E. Steinberg |
| Job or Title *(if known)* | United States Attorney for the Southern District of Georgia |
| Street Address | 600 James Brown Blvd, Suite 200 |
| City and County | Augusta, Richmond County |
| State and Zip Code | Georgia, 30901 |
| Telephone Number | (912) 652-4422 |
| E-mail Address *(if known)* | USAO-SDGA |

Defendant No. 2

| | |
|---|---|
| Name | The United States; Pamela Bondi |
| Job or Title *(if known)* | Attorney General of the United States |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20530 |
| Telephone Number | (202) 514-2000 |
| E-mail Address *(if known)* | www.justice.gov |

Defendant No. 3

| | |
|---|---|
| Name | The United States; U.S. Dept. of Veterans Affairs, OGC |
| Job or Title *(if known)* | Torts Law Group |
| Street Address | 810 Vermont Avenue, NW |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20420 |
| Telephone Number | (202) 461-4900 |
| E-mail Address *(if known)* | ogc.torts@va.gov |

Defendant No. 4

| | |
|---|---|
| Name | The United States: U.S. Department of Justice |
| Job or Title *(if known)* | Office of Inspector General |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20530 |
| Telephone Number | (202) 514-3425 |

E-mail Address *(if known)*     oig.justice.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Torts Claim Act (FTCA): Malicious Prosecution Federal Tort. 28 U.S.C. § 1346(a_(1)(b)(1); 28 U.S.C. § 2671-2680 (h); 18 U.S.C. § 1001; 18 U.S.C. § 1342; 5 U.S.C. § 5596; 18 U.S.C. § 242, 38 C.F.R. Part 14; 28 U.S.C. § 171. See attached SF-95, with correlating documentation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____ .

  b.  If the defendant is a corporation
   The defendant, *(name)* _____ , is incorporated under
   the laws of the State of *(name)* _____ , and has its
   principal place of business in the State of *(name)* _____ .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3.  The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Wrongful Termination. Defendant Agency's attempted termination of Plaintiff's employment was initiated and maintain in complete Bad Faith, largely by and through Michelle Cox-Henley, who was fired and escorted out of her office before dozens of other staff.
2. Malicious Prosecution. The attempted Prosecution as Defendant Cox-Henley and others conspired to tell lies to local law enforcement, resulted in a Felony Indictment for Exploitation of the Elderly on 31 January, 2017. The matter was Nol-Prossed, there never was any evidence to sustain it and the Statute has run.
3. Loss of ICU pay, loss of shift differentials, weekend differentials and Overtime.
4. Falsification of Military and employment records. Defendants have falsified numerous documents with no legal justification to Plaintiff's foreseeable detriment.
5. Loss of Military Rank & Promotion. Defendants' actions in this matter have unlawfully reduce Plaintiff's rank and ruined his chance of promotion that he would have otherwise obtained based on his prior trajectory. Forced Military Retirement, March, 2015. Appendix B
6. Violation of Plaintiff's Right to Privacy. The actions of Defendants, by Cox-Henley, OIG Brumfield, OIG Stoudmeir, Myles Arnold, VA Police Chief Howe, violated Plaintiff's Federal and State Rights of Privacy. Military and VA employee paperwork to be under Government Security Act (GSA) at all times.
7. Sexual Harassment. Obviously demanding sexual favors to clear one's artificially-tarnished record constitutes Sexual Harassment from Michelle Cox-Henley, who was fired and escorted out of her office before dozens of other staff.
8. Hostile Work Environment. The repeated demands for quid pro quo sexual favors by a woman who was fired and escorted from the building before dozens of others constitutes a triable issue on Hostile Work Environment issues. This is particularly true when Plaintiff was repeatedly threatened with jail or prison time for violations that he knew he never committed.

9. Intentional Infliction of Emotional Distress. Georgia law allows damages for mental suffering and emotional anguish without a showing of physical harm. In this case Plaintiff can demonstrate such harms however as his Attending Physician will testify that Defendants' actions led to a persistent and pervasive Post Traumatic Stress Disorder.
10. Negligent Infliction of Emotional Distress. Georgia law allows damages for mental suffering and emotional anguish without a showing of physical harm. In this case Plaintiff can demonstrate such harms however as his Attending Physician will testify that Defendants' actions led to a persistent and pervasive Post Traumatic Stress Disorder.
11. Loss of Consortium. As a result of harms occasioned by Plaintiff Jeffrey Blochowicz, Plaintiff Kimberly Blochowicz foreseeably suffered a Loss of Consortium with her Husband as a direct and proximate result of Defendants' actions.
12. Whistleblower Retaliation per 5 USC 2302(b)(8)-(9). Plaintiff defended himself and exposed palpable Fraud on the part of Agency personnel who outrank him. In return he received meritless Adverse Employment Actions up to and including suspension and Constructive and/or Actual termination.
13. Defamation. On information and belief, Defendants issue materially false and damaging statements to local media. Further in the narrative to Veteran H., from December 7, 2014 to late 2016; the Veteran was coerced to believe Plaintiff Jeffrey M. Blochowicz, RN harmed him.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Declaratory Judgment on all Claims and issues presented.
2. Preliminary and Permanent Injunctive Relief respecting any and all demotions and unlawful restrictions and limitations placed on either or both Plaintiffs.
Compensatory Damages.

3. Reinstatement of any and all pay and benefits improperly taken from Plaintiff including but not limited to Back Pay with Daily Compounded Interest is due (5 U.S.C. § 5596).
4. United States to award Compensatory Damages in the amount of $30,000,000.00. The False Arrest, False Imprisonment, Malicious Prosecution, multiple attempts of harm-to include attempted murder (while falsely imprisoned and continues to date.) Jeffrey M. Blochowicz, to date, is still denied to have direct patient contact.
5. Plaintiff Jeffrey M. Blochowicz was/is the highest qualified Critical Care Registered Nurse- yet, the Department of Veterans Affairs refuses to remove the Proven False Indictment from his eOPF file. The Legal Abuse Syndrome, Emotional Distress, Public Humiliation, Loss of consortium suffered. Home on $50,000.00 Bond until final Nolle Prosequi of charges. Richmond County Superior Court Docket Heavily redacted- Superior Court Judge name replaced with two separate Judges (never part of court proceedings. 28 U.S.C. § 2680(h)- Acts and events undertaken and caused by investigative and law enforcement agents of the United States.
6. United States to award Compensatory Damages in the amount of $22,444,400.30. 5 U.S.C. § 5596- Back-Pay Act; Unjustified Personnel Action against Federal Employee. Federal Tort Claim. Back-Pay, per 5 U.S,C. § 5596; Unjustified Personnel Action. Amount to be paid to Jeffrey M. Blochowicz $925,885.91 due to Illegal removal from ICU. Each pay period missing shift differential @ 10% (nights), weekend differential @ 25%, Holiday pay (11-12 Federal holidays), Every other week mandatory Overtime. To include Illegal Annual leave, Sick leave, and FMLA taken from Federal employee, Jeffrey M. Blochowicz.
7. United States to award Compensatory Damages in the amount of $1,055,167.00. False Arrest, False Imprisonment, Malicious Prosecution. PDUSH letter, Jeffrey M. Blochowicz, to be awarded Payment of reasonable attorney fees. To date, Department of Veterans Affairs refuses to remove the Proven False Indictment from his eOPF file; Continues to Deny Payment of attorney fees. 28 U.S.C. § 2680(h)- Acts and events undertaken and caused by investigative and law enforcement agents of the United States.
8. United States to award Compensatory Damages in the amount of $1,208,640.00. 5 U.S.C. § 5596- Back-Pay Act; Unjustified Personnel Action against Federal Employee. Federal Tort Claim. Back-Pay, per 5 U.S.C. § 5596; Unjustified Personnel Action. Amount to be paid to Jeffrey M. Blochowicz, due to Illegal removal from ICU. $40,000.00 paid to IRS. $10,000.00 paid to State of Georgia Revenue. $60,000.00 Lost Income (2016) from first Staffing LLC. $18,000.00 Lost Income (2016) from second Staffing LLC = $128,000.00. + 0.07% interest x nine years = $ 80,640.00. Previous submission of $208,640.00. Intervening facts notated; Document Fraud by United States Department of Veterans Affairs, OGC, TORTS Law Group, and Mail Fraud.
9. Military; United States to award Compensatory Damages in the amount of $ 767,906.14 {Yearly Military training/Annual training = 2015 to 2030} Retiring from USAR @ Rank of 06 (COL). Daily Compounded Interest @ 7% = $313,920,031.005. Retirement @ age 65, Rank of 06 (COL) x 20 years = $1,051,772.00. Total Military Pay/Rank Lost = $315,971,803.00.00. 5 U.S.C. § 5596- Back-Pay Act; Unjustified Personnel Action against Federal Employee. Federal Tort Claim. Back-Pay, per 5 U.S.C. § 5596; Unjustified Personnel Action. Amount to be paid to Jeffrey M. Blochowicz, due to Illegal removal from ICU, Illegal detail(s), Illegal suspension/Termination/Loss of Military Rank, Loss of Military Retirement. Intervening facts notated; Document Fraud by United States Department of Veterans Affairs, OGC, TORTS Law Group, and Mail Fraud. Amendment to previous Compensatory Damages due to Department of Veterans Affairs, OGC, Torts Law Group Denial of CNVAMC continued prohibited actions (intervening facts). 18 U.S.C. § 1341 violations.
10. The Weaponization of All Federal & State Agencies by the Department of Veterans Affairs, against Plaintiff Jeffrey M. Blochowicz" for the purpose of making an employee financially whole is to be paid, by the United States.
11. Compensatory Relief of $370,680,010.00 In the Interest of Justice for Plaintiff's

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 27 February, 2025

Signature of Plaintiff: /s/ Jeffrey Blochowicz, Kimberly M Blochowicz

Printed Name of Plaintiff: Jeffrey Blochowicz, Kimberly M Blochowicz

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Blochowicz, Jeffrey M.
Blochowicz, Kimberly M.

### DEFENDANTS
The United States

**(b)** County of Residence of First Listed Plaintiff: Columbia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1346 (a)(1)(b)(1):28 U.S.C. § 2671-2680(h); 18 U.S.C. § 1001: 18 U.S.C. § 1341:5 U.S.C. § 5596
Brief description of cause:
Federal Tort Claims Act;Malicious Prosecution,Personal Injury,Unjustified Personnel Action,Abuse of Process

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 370,680,010.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.