AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFREY M. BLOCHOWICZ and
KIMBERLY M. BLOCHOWICZ,

          Plaintiff,

          v.

JILL E. STEINBERG; PAMELA
BONDI; U.S. DEPARTMENT OF
VETERANS AFFAIRS, OCG; U.S.
DEPARTMENT OF JUSTICE; and THE
UNITED STATES,

          Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 125-037

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered February 25, 2026, Defendants' motion to dismiss is granted. This case stands closed.



2/25/2026

Date

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk

GAS Rev 10/2020